**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

IN RE:                                                CASE NO.: 13-10290-KKS
                                                      CHAPTER 13
VINCENT ABBAS FROUHAR

_____Debtor_____/

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Motion to Dismiss, and in support thereof states as follows:

1.   The Debtor(s) filed this Chapter 13 case on August 30, 2013.

2.   The Debtor(s) has failed to file a Chapter 13 Plan and Schedules with the United States Bankruptcy Court.

3.   The Debtor(s)' first Plan payment was due on September 29, 2013; however, the Debtor(s) has failed to submit any payments to the Trustee to date.  Therefore, the Debtor(s) is delinquent as evidenced by a copy of the receipts attached.

4.   The Debtor(s) failed to appear at the Section 341 hearing scheduled for October 3, 2013.

**WHEREFORE**, the Chapter 13 Trustee prays that this case be dismissed and for such other and further relief as the Court may deem appropriate.

**RESPECTFULLY SUBMITTED**.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE
   POST OFFICE BOX 646
   TALLAHASSEE, FL 32302
   ldhecf@earthlink.net
   (850) 681-2734 "Telephone"
   (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

VINCENT ABBAS FROUHAR
1621 N.W. 65TH ST.
GAINESVILLE, FL 32605

AND

SELDON J. CHILDERS
2135 N.W. 40TH TERRACE, SUITE B
GAINESVILLE, FL 32605

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
   OFFICE OF CHAPTER 13 TRUSTEE

October 4, 2013

**EXHIBIT "A"**
**IF BLANK, THERE ARE NO RECEIPTS**

Receipts Paid

Date _____ AMOUNT _____

TOTAL AMOUNT PAID: